UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BILL OF INFORMATION FOR BRIBERY CONCERNING PROGRAMS RECEIVING FEDERAL FUNDS

FILED
U.S. DIST. COURT
MIDDLE DIST. OF L.

2011 OCT 25  AM 11: 18

BY DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 11-137-JJB-SCR |
| versus | : |
| | : 18 U.S.C. § 666(a)(1)(B) |
| JONETTA F. BENNETT | : |

**THE UNITED STATES ATTORNEY CHARGES:**

1. At all times relevant to this Bill of Information, **JONETTA F. BENNETT**, defendant herein, was a Program Manager for the Louisiana Governor's Office of Safe and Drug Free Schools and Communities ("Governor's Office of SDFSC"), an agency of the State of Louisiana, and, as such, was an agent of the Governor's Office of SDFSC.

2. At all times relevant to this Bill of Information, the Governor's Office of SDFSC received more than $1,000,000 annually in grants from the United States Department of Education.

3. During the period from in or about early July, 2010, to on or about August 18, 2010, in the Middle District of Louisiana, **JONETTA F. BENNETT**, defendant herein, corruptly solicited and demanded for her own benefit, and accepted and agreed to accept, $8000 in cash from K.C., intending to be influenced and rewarded in connection with a



transaction of the Governor's Office of SDFSC involving a thing of value of $5000 or more, that is, the payment of $13,129.68 by the Governor's Office of SDFSC to K.C. pursuant to a grant awarded by the Governor's Office of SDFSC.

The above is a violation of Title 18, United States Code, Section 666(a)(1)(B).

UNITED STATES OF AMERICA, by

Date: 10-24-11

DONALD J. CAZAYOUX, JR.
United States Attorney
Middle District of Louisiana

M. PATRICIA JONES
Assistant U.S. Attorney

**Criminal Cover Sheet**  **U.S. District Court**

**Place of Offense:**                              **Matter to be sealed:**     ☐ No     ☒ Yes

City _____             **Related Case Information:**

County/Parish _____             Superseding Indictment _____ Docket Number _____
                                         Same Defendant _____      New Defendant _____
                                         Magistrate Case Number _____
Agency: _____               Search Warrant Case No. _____
                                         R 20/ R 40 from District of _____
                                         Any Other Related Cases: _____

**Defendant Information:**

Defendant Name     Jonetta Faye Bennett
Alias
Address
Birthdate:                SS #            Sex          Race          Nationality

**U.S. Attorney Information:**

AUSA   M. Patricia Jones                                    Bar #   18543

**Interpreter:**  ☒ No   ☐ Yes     List language and/or dialect: _____

**Location Status:**

Arrest Date _____
_____  Already in Federal Custody as of  _____
_____  Already in State Custody
_____  On Pretrial Release

**U.S.C. Citations**

Total # of Counts:    1         ☐ Petty     ☐ Misdemeanor     ☒ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| set 1    18 U.S.C. § 1341 | Mail Fraud | 1 |
| set 2 | | |

(May be continued on second sheet)

Date: 10/24/2011                Signature of AUSA:    /s/ M. Patricia Jones

**District Court Case Number (To be filled in by deputy clerk):** _____